IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODRIC D. COHNS**  PETITIONER
ADC #131216

v.  Case No. 5:18-cv-00154-KGB

**WENDY KELLEY, Director,**
Arkansas Department of Correction  RESPONDENT

### JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Rodric D. Cohns' petition and denies the requested relief.

So adjudged this the 10th day of January, 2020.

Kristine G. Baker
United States District Judge